UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CHRISTIAN OLIVER WHITTMAN ) <br> ) <br> Defendant. ) | 2:07-CR-113-JCM-GWF |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#42), sentencing having been imposed on January 31, 2008. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: WELLS FARGO BANK
Amount of Restitution: $110,897.00

**Total Amount of Restitution ordered: $110,897.00**\*\*
Joint and several with co-defendant Deshaun A. Carr

Dated this 3rd day of July, 2017.

UNITED STATES DISTRICT JUDGE